UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPFON SMITH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No. 3:20cv5973-MCR-HTC

MARK INCH,

    Defendant.
_____/

<u>REPORT AND RECOMMENDATION</u>

In December 2020, Plaintiff, a prisoner proceeding *pro se*, filed a handwritten document titled "Judicial Notice for Judicial Action 28 U.S.C. 535(A)(b)" purporting to assert claims against Santa Rosa Correctional ("SRCI") officers for playing with his food. ECF Doc. 1 at 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). For the reasons that follow, the undersigned respectfully recommends this case be dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

In response to Plaintiff's handwritten document, the Court entered an order on December 15, 2020, directing Plaintiff to, within thirty (30) days, (1) file a proper complaint on the Court's preferred forms, (2) file a motion to proceed *in forma*

*pauperis* or pay the $402.00 filing fee, and (3) file an amended complaint curing the deficiencies identified. ECF Doc. 3.

On December 28, 2020, the Court docketed Plaintiff's handwritten document tilted "Judicial Power Any Suit in Law" (ECF Doc. 4), which recited the same allegations in Plaintiff's initial filing. Plaintiff, however, did not file a motion to proceed *in forma pauperis* or pay the $402.00 filing fee. On January 6, 2021, the Court again advised Plaintiff that his filing was deficient and reminded Plaintiff he had until January 15, 2021 to file an amended complaint compliant with the Court's prior order and to file a motion to proceed *in forma pauperis* or pay the filing fee. ECF Doc. 5. The Court also warned Plaintiff that his future filings would be not be accepted and would be returned unless he complied with the Federal Rules of Civil Procedure and the Northern District of Florida's Local Rules. *Id.* at 3. Plaintiff did not file an amended complaint, a motion to proceed *in forma pauperis* or pay the filing fee as required by the Court's orders.

Thus, on January 28, 2021, the Court gave Plaintiff an additional fourteen (14) days to show cause why his case should not be recommended for dismissal for failure to prosecute or comply with a Court order. *See* ECF Doc. 6. Plaintiff was advised that failure to respond to the Court's order may result in a recommendation that his case be dismissed without further notice. *Id.* Plaintiff's deadline to respond to the Court's order has passed, and Plaintiff has failed to show why the undersigned

should not recommend his case for dismissal for failure to prosecute and failure to comply with Court order.

Indeed, this case was initiated more than two (2) months ago and Plaintiff has yet to file a motion to proceed *in forma pauperis* or pay the filing fee, a requirement he should have met when he initiated this action.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 19th day of February, 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:20cv5973-MCR-HTC