UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPFON SMITH,

    Plaintiff,

v.                                       CASE NO. 3:20cv5973-MCR-HTC

MARK S. INCH,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 19, 2021.  ECF No. 7.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**